■ NORTH FORK BANK, Plaintiff, v JOSEPH CARBONE, Defendant and Third-Party Plaintiff-Respondent. AETNA CASUALTY & SURETY COMPANY, Third-Party Defendant-Appellant. [636 NYS2d 643] Appeal by the third-party defendant from an order of the Supreme Court, Suffolk County (Lama, J.), dated July 22, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Lama at the Supreme Court. Bracken, J. P., O'Brien, Ritter, Friedmann and Goldstein, JJ., concur.